**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| GIBBS INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.  7:15-cv-02634-MGL |
| ) | |
| v. ) | |
| ) | |
| ANTARCTICA STAR I, LP, ANTARCTICA ) | |
| STAR, LLC, ACRE, LLC AND CHANDRA ) | |
| PATEL, ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties

hereto, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that the

above-captioned action be dismissed without prejudice and without costs to any party.

This 26th day of July, 2016.

**PARKER POE ADAMS & BERNSTEIN LLP**

s/KEVIN A. DUNLAP
Kevin A Dunlap
100 Dunbar Street
Suite 206
Spartanburg, SC 29306
Tel.:  (864) 253-6105
Fax:  (864) 591-2050
kevindunlap@parkerpoe.com

*Attorneys for Gibbs International, Inc.*

**McNAIR LAW FIRM, P.A.**

s/BERNIE W. ELLIS
Bernie W. Ellis
Post Office Box 447
Greenville, SC 29602
Tel.:  (864) 271-4940
Fax:  (864) 271-4015
bellis@mcnair.net

**PATTERSON BELKNAP WEBB & TYLER LLP**
Erik Haas (admitted pro hac vice)
Rachel B. Sherman (admitted pro hac vice)
1133 Avenue of the Americas
New York, N.Y. 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
ehaas@pbwt.com
rsherman@pbwt.com

9073799v.1

*Attorneys for Antarctica Star I, LP,
Antarctica Star, LLC, ACRE, LLC, and
Chandra Patel*